■ THOMAS C. RYAN, Appellant-Respondent, v PORT OF OSWEGO AUTHORITY, Also Known as OSWEGO PORT AUTHORITY, Respondent-Appellant. [913 NYS2d 603]—Appeal and cross appeal from an order of the Supreme Court, Oswego County (Norman W. Seiter, Jr., J.), entered October 20, 2009 in a personal injury action. The order denied the motion of plaintiff for partial summary judgment on liability on the Labor Law § 240 (1) cause of action and denied defendant's cross motion to dismiss the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Green, Pine and Gorski, JJ.